**NJID 828309**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for THE MONEY SOURCE INC.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     JOSHUA COTTMAN | |
| | : CASE NO. 19-19686-ABA |
| Debtor | **: NOTICE OF MOTION FOR** |
| | **: RELIEF FROM AUTOMATIC** |
| | **: STAY PURSUANT TO 11 USC** |
| | **: SECTION 362(d) AND RELIEF** |
| | **: FROM CO-DEBTOR STAY** |
| | **: PURSUANT TO 11 USC** |
| | **: SECTION 1301(c)** |

| | |
|---|---|
| JOSHUA COTTMAN | BRAD J SADEK, ESQUIRE |
| 461 DEER ROAD | 1315 WALNUT STREET |
| CHERRY HILL, NJ 08034 | STE 502 |
| | PHILADELPHIA, PA 19107 |
| | |
| JANIQUE COTTMAN | ISABEL C. BALBOA |
| 461 DEER ROAD | CHAPTER 13 STANDING TRUSTEE |
| CHERRY HILL, NJ 08034 | CHERRY TREE CORPORATE CENTER |
| | 535 ROUTE 38 - SUITE 580 |
| | CHERRY HILL, NJ 08002 |
| | |
| | U.S. TRUSTEE |
| | US DEPT OF JUSTICE |
| | OFFICE OF THE US TRUSTEE |
| | ONE NEWARK CENTER STE 2100 |
| | NEWARK, NJ 07102 |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)**

THE MONEY SOURCE INC. (hereinafter 'Movant') has filed papers with the Court to have an Order entered granting it relief from the automatic stay and co-debtor stay against the property commonly known as 461 DEER ROAD, CHERRY HILL, NJ 08034.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the Court to grant Movant relief from the automatic stay and co-debtor stay regarding the above real property, or if you want the Court to consider your views on the Motion, then on or before 10/22/2019 *[seven 7 days before the hearing date of the within motion]* you or your attorney must:

File with the Court a written response to Movant's Motion explaining your position. Your response must be filed with the Bankruptcy Clerk of the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| /s/ Nicholas V. Rogers<br>Nicholas V. Rogers, Esq.<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>Tel: 856-813-5500 Ext. 42689<br>Fax: 856-813-5501<br>Email: nicholas.rogers@phelanhallinan.com | U.S. Trustee<br>ISABEL C. BALBOA<br>CHAPTER 13 STANDING TRUSTEE<br>CHERRY TREE CORPORATE CENTER<br>535 ROUTE 38 - SUITE 580<br>CHERRY HILL, NJ 08002 |

If you are opposing the Order Movant is seeking from the Court, you must attend the hearing scheduled to be held on 10/29/2019 at 10:00 a.m. at the United States Bankruptcy Courthouse, 400 Cooper Street, Fourth Floor, Camden, NJ 08101, before the Honorable Andrew B. Altenburg, Jr, presiding.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: August 12, 2019

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com