UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

828309
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for THE MONEY SOURCE INC.

In Re:

JOSHUA COTTMAN

Case No: 19-19686 - ABA

Hearing Date: 10/29/2019

Judge: Andrew B. Altenburg, Jr

Chapter: 13

## CERTIFICATION OF SERVICE

1.  I, Miguel Zavala:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents THE MONEY SOURCE INC. in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On October 7, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Motion for Relief

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  October 7, 2019                    /s/ *Miguel Zavala*
                                           Miguel Zavala

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| JOSHUA COTTMAN<br>461 DEER ROAD<br>CHERRY HILL, NJ 08034 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |
| JANIQUE COTTMAN<br>461 DEER ROAD<br>CHERRY HILL, NJ 08034 | Co-Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| BRAD J SADEK, ESQUIRE<br>1315 WALNUT STREET<br>STE 502<br>PHILADELPHIA, PA 19107 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| ISABEL C. BALBOA<br>CHAPTER 13 STANDING TRUSTEE<br>CHERRY TREE CORPORATE CENTER<br>535 ROUTE 38 - SUITE 580<br>CHERRY HILL, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |

| | | |
|---|---|---|
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | Trustee | ☐ Hand-delivered<br><br>☒ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.