| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Sadek and Cooper Law Office<br>1315 Walnut Street, Suite 502<br>Philadelphia, Pa 19107 | |
|---|---|
| In re:<br>    **Joshua Cottman** | Case No.:  **19-19686**<br><br>Chapter:  **13**<br><br>Adv. No.:<br><br>Hearing Date:  2/11/2020 at 10:00 AM<br><br>Judge:  Altenberg |

# CERTIFICATION OF SERVICE

1. I, __Brad J. Sadek, Esq.__ :

    ☑ represent  __Joshua Cottman__  in the this matter.

    ☐ am the secretary/paralegal for ___, who represents ___ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On __January 8, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    **Modified Plan with Transmittal Letter**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  __January 8, 2020__                             __/s/ Brad J. Sadek, Esq.__
                                                                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Aargon Agency<br>Attn: Bankruptcy Department<br>8668 Spring Mountain Rd<br>Las Vegas, NV 89117 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd<br>Sherman Oaks, CA 91411 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Cavalry Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake<br>Ste 400<br>Valhalla, NY 10595 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Comenity/MPRC<br>Attn:  Bankruptcy Dept<br>PO Box 965060<br>Orlando, FL 32896 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Deptartment Store National Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*

Best Case Bankruptcy

| | | |
|---|---|---|
| | | (as authorized by the court *) |
| **EOS CCA**<br>**PO Box 981008**<br>**Boston, MA 02298** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Exeter Finance Corp**<br>**PO Box 166008**<br>**Irving, TX 75016** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Financial Recoveries**<br>**Attn: Bankruptcy**<br>**200 East Park Dr**<br>**Ste 100**<br>**Mount Lurel, NJ 08054** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Jefferson Capital Systems, LLC**<br>**PO Box 1999**<br>**Saint Cloud, MN 56302** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **LVNV Funding/Resurgent Capital**<br>**Attn: Bankruptcy**<br>**PO Box 10497**<br>**Greenville, SC 29603** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Midland Funding**<br>**2365 Northside Dr**<br>**Ste 300**<br>**San Diego, CA 92108** | | ☑ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail |

| | | |
|---|---|---|
| | | ☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Midland Funding**<br>**2365 Northside Dr**<br>**Ste 300**<br>**San Diego, CA 92108** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **OneMain Financial**<br>**Attn: Bankruptcy**<br>**601 Nw 2nd Street**<br>**Evansville, IN 47708** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Phelan Hallinan Diamond and Jones**<br>**1617 JFK Blvd.**<br>**Suite 1400**<br>**Philadelphia, PA 19103** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **State of New Jersey**<br>**P.O. Box 628**<br>**Trenton, NJ 08646-0628** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Target**<br>**Attn: Bankruptcy**<br>**PO Box 9475**<br>**Minneapolis, MN 55440** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **The Money Source**<br>**Attn: Bankruptcy**<br>**500 South Broad St**<br>**Ste 100A**<br>**Meriden, CT 06450** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **U.S. Department of Education**<br>**Ecmc/Bankruptcy**<br>**Po Box 16408** | | ☐ Hand-delivered<br>☑ Regular mail |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | | |
|---|---|---|
| **Saint Paul, MN 55116** | | ☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **U.S. Department of Education**<br>**Po Box 4222**<br>**Iowa City, IA 52244** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Wells Fargo Bank NA**<br>**PO Box 14517**<br>**Des Moines, IA 50306** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Isabel C. Balboa**<br>**Standing Chapter 13 Trustee**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, NJ** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy